Dismissed and Memorandum Opinion filed September 25, 2008








Dismissed
and Memorandum Opinion filed September 25, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00579-CR

____________

 

ALEJANDRO HINOJOSA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
337th District Court

 Harris County, Texas

Trial Court Cause No. 1152465

 



 

M E M O R A N D U M   O P I N I O N








Appellant
entered a Aguilty@ plea to possession of a controlled substance.  In accordance with the
terms of a plea bargain agreement with the State, the trial court deferred
adjudicating guilt and placed appellant on community supervision for a term of
two years.  Subsequently, the State moved to adjudicate guilt.  Appellant
entered a plea of Atrue@ to the motion.  The trial court adjudicated guilt and
sentenced appellant on June 2, 2008, to confinement for one year in the State
Jail Division of the Texas Department of Criminal Justice and assessed a fine
of $500.  Appellant filed a pro se notice of appeal.  We dismiss the appeal.  

The
record reflects appellant waived his right of appeal as part of his agreement
to plead Atrue@ to the motion to adjudicate guilt.  In exchange, the State recommended
appellant be sentenced to confinement for one year in the State Jail Division
of the Texas Department of Criminal Justice and assessed a fine of $500. 
Negotiated waivers of the right of appeal are valid if the defendant waived the
right of appeal knowing with certainty the punishment that would be assessed.  See
Monreal v. State, 99 S.W.3d 615 (Tex. Crim. App. 2003).  Appellant was
fully aware of the likely consequences when he waived his right to appeal and
was sentenced by the trial court in accordance with the State=s  recommendation.  See Blanco
v. State, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).  

Accordingly,
we dismiss the appeal.           

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 25, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson and Frost.

Do Not Publish C Tex. R. App. P.
47.2(b)